**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Hugo GARCIA–RIZO, Defendant—**
**Appellant.**

No. 06–50180.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2006.*

Filed Oct. 17, 2006.

Kyle W. Hoffman, USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff—Appellee.

Stephen D. Demik, Esq., FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant—Appellant.

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

MEMORANDUM **

Appellee's unopposed motion for summary vacation of the district court judgment revoking supervised release and imposing sentence after revocation is granted. We vacate the judgment and remand to enable the district court to conform the written judgment to the oral pronouncement. *See United States v.*

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

*Hicks,* 997 F.2d 594, 597 (9th Cir.1993) (remanding to permit district court to conform written judgment to oral pronouncement).

**VACATED AND REMANDED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

